```
 1  Jeffrey A. Rager, Esq., SBN 185216
    James Y. Yoon, Esq. SBN 289906
 2  THE RAGER LAW FIRM
    970 West 190th Street, Suite 340
 3  Torrance, California 90502
    Telephone: (310) 527-6994
 4  Facsimile: (310) 527-6800
    Email: jeff@ragerlawoffices.com
 5         james@ragerlawoffices.com
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9             FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11  DAWN MARIE WOODRUM              )  CASE No.: 8:17-cv-02264-DOC-AS
                                    )
12                                  )
              Plaintiff,            )  DECLARATION OF JEFFREY A.
13                                  )  RAGER IN SUPPORT OF DAWN
         vs.                        )  MARIE WOODRUM'S MOTION FOR
14                                  )  REMAND
                                    )
15  AUTOMATIC DATA PROCESSING,)     Date:  February 26, 2018
    INC., a corporation; ADP, LLC, a)  Time:  8:30 a.m.
16  corporation, LYLE BURLEY, an individual,)  Dept.: 9D
    and Does 1 through 10, inclusive,)
17                                  )  November 6, 2017
              Defendants.           )
18                                  )
    _____
19
20
...
28
```

---

DECLARATION OF JEFFREY A. RAGER IN SUPPORT OF
DAWN MARIE WOODRUM'S MOTION FOR REMAND

**DECLARATION OF JEFFREY A. RAGER**

I, Jeffrey A. Rager, declare as follows:

1. I am an attorney and owner of The Rager Law Firm, counsel for Plaintiff, Dawn Marie Woodrum, in the above-referenced action. I have personal knowledge of the following facts, and if called as a witness, could and would testify competently thereto.

2. On November 6, 2017, Dawn Marie Woodrum filed the instant complaint in Orange County before the Honorable Sheila Fell. ADP, Inc., ADP, LLC, and Lyle Burley were all served with the Complaint on December 5, 2017.

3. On December 28, 2017, Defendants served a Notice of Removal, which was received on January 3, 2018.

4. A true and correct copy of the Physician Work Activity Status Report to Employer are attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 19, 2018, at Torrance, California.

_____
JEFFREY A. RAGER

# Exhibit A

Claim Number: WC 648-C39216

## Concentra Occupational Med Ctrs-CA
40 Centerpointe Dr La Palma, CA 90623
Phone: (714) 522-8020   Fax: (714) 522-7833

Service Date: 05/16/2017
Case Date: 11/28/2016

### Physician Work Activity Status Report

Patient: Woodrum, Dawn M.   SSN: XXX-XX-5929

Address: 7426 Blackhawk
BUENA PARK, CA 90620
Home: (714) 266-8942
Work:   Ext.:

Employer Location: ADP/Tax & Financial Svcs-La   Contact: Tonda Kominski
Address: 5355 Orangethorpe Ave   Role: Primary Contact
La Palma, CA 906231002   Phone: (919) 325-1142   Ext.:
Auth. by: Manager   Fax:

**This Visit:** Time In: 04:49 pm   Time Out: 05:35 pm   Visit Type: Recheck

Treating Provider: Perry R. Secor, MD

**Diagnosis:**

| | | |
|---|---|---|
| 354.0 | G56.02 | CARPAL TUNNEL SYNDROME, LEFT UPPER LIMB-G56.02 |
| V45.89 | Z98.890 | OTHER SPECIFIED POSTPROCEDURAL STATES-Z98.890 |

**Medications:**
☐ Dispensed Prescription Medication to Patient
☐ Dispensed Over-The-Counter Prescription
☐ Written Prescription given to Patient

**Patient Status:**

Modified Activity - Returning for follow-up visit

Restricted Activity (In effect until next physician visit):
Return to work on 05/22/2017 with the following restrictions
No lifting over 05 lbs.
Must wear wrist brace

Remarks:   30min productive break for every hour of work.

**Employer Notice:**   The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

**Next Visit(s):**   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date: Tuesday June 13, 2017  3:45 pm
Provider/Facility: Perry R. Secor, MD

Visit Date: Tuesday June 27, 2017  4:45 pm
Provider/Facility: Perry R. Secor, MD

Visit Date: Tuesday July 25, 2017  3:45 pm
Provider/Facility: Perry R. Secor, MD

Visit Date: Tuesday August 29, 2017  3:45 pm
Provider/Facility: Perry R. Secor, MD

Claim Number: WC 648-C39216

**Concentra Occupational Med Ctrs-CA**
40 Centerpointe Dr La Palma, CA 90623
Phone: (714) 522-8020   Fax: (714) 522-7833

Service Date: 06/13/2017
Case Date: 11/28/2016

## Physician Work Activity Status Report

Patient: Woodrum, Dawn M.   SSN: XXX-XX-5929
Address: 7426 Blackhawk
BUENA PARK, CA 90620
Home: (714) 266-8942
Work:   Ext.:

Employer Location: ADP/Tax & Financial Svcs-La   Contact: Tonda Kominski
Address:   5355 Orangethorpe Ave   Role: Primary Contact
La Palma, CA 906231002   Phone: (919) 325-1142   Ext.:
Auth. by: Manager   Fax:

**This Visit:** Time In: 03:59 pm   Time Out: 04:38 pm   Visit Type: Recheck
Treating Provider: Perry R. Secor, MD

Diagnosis:
- 354.0  G56.02   CARPAL TUNNEL SYNDROME, LEFT UPPER LIMB-G56.02
- V45.89 Z98.890  OTHER SPECIFIED POSTPROCEDURAL STATES-Z98.890
- V58.89 S63.502D UNSPECIFIED SPRAIN OF LEFT WRIST, SUBSEQUE ENCOUNTER-S63.502D

Medications:
- ☐ Dispensed Prescription Medication to Patient
- ☐ Dispensed Over-The-Counter Prescription
- ☐ Written Prescription given to Patient

**Patient Status:**

Modified Activity - Returning for follow-up visit

Restricted Activity (In effect until next physician visit):
Return to work on 06/13/2017 with the following restrictions
No lifting over 10 lbs.

Remarks:   30min productive break for every hour of work.

Employer Notice:   The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

**Next Visit(s):**   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:   Tuesday June 27, 2017   4:45 pm
Provider/Facility: Perry R. Secor, MD

Visit Date:   Tuesday July 25, 2017   3:45 pm
Provider/Facility: Perry R. Secor, MD

Visit Date:   Tuesday August 29, 2017   3:45 pm
Provider/Facility: Perry R. Secor, MD

| | | |
|---|---|---|
| Claim Number: WC 648-C39216 | **Concentra Occupational Med Ctrs-CA**<br>40 Centerpointe Dr La Palma, CA 90623<br>Phone: (714) 522-8020   Fax: (714) 522-7833 | Service Date: 06/27/2017<br>Case Date:   11/28/2016 |

## Physician Work Activity Status Report

Patient: Woodrum, Dawn M.    SSN: XXX-XX-5929

Address: 7426 Blackhawk
BUENA PARK, CA 90620
Home: (714) 266-8942
Work:    Ext.:

Employer Location: ADP/Tax & Financial Svcs-La    Contact: Tonda Kominski
Address:   5355 Orangethorpe Ave           Role:   Primary Contact
           La Palma, CA 906231002          Phone: (919) 325-1142   Ext.:
Auth. by:  Manager                         Fax:

**This Visit:** Time In: 04:55 pm    Time Out: 05:02 pm    Visit Type: Recheck

**Treating Provider:** Perry R. Secor, MD

**Diagnosis:**

| | | |
|---|---|---|
| 354.0 | G56.02 | CARPAL TUNNEL SYNDROME, LEFT UPPER LIMB-G56.02 |
| V45.89 | Z98.890 | OTHER SPECIFIED POSTPROCEDURAL STATES-Z98.890 |
| V58.89 | S63.502D | UNSPECIFIED SPRAIN OF LEFT WRIST, SUBSEQUE ENCOUNTER-S63.502D |

**Medications:**
☐ Dispensed Prescription Medication to Patient
☐ Dispensed Over-The-Counter Prescription
☐ Written Prescription given to Patient

**Patient Status:**

Modified Activity - Returning for follow-up visit

Restricted Activity (In effect until next physician visit):
Return to work on 06/27/2017 with the following restrictions
No lifting over 10 lbs.

Remarks:   30MIN PRUDUCTIVE BREAK FOR EVERY HOUR OF WORK.

Employer Notice:   The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

**Next Visit(s):**   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:    Tuesday July 25, 2017   3:30 pm
Provider/Facility: Perry R. Secor, MD

*[Handwritten note:]* This was suppose to be 15 min break every hour but was not changed on the work status But the Dr. wrote in the report

Activity Status Report    © 1996-2017 Concentra Operating Corporation All Rights Reserved.    AA/EEO Employer    Revision Date: 12/15/2011

| | | |
|---|---|---|
| Claim Number: WC 648-C39216 | **Concentra Occupational Med Ctrs-CA**<br>40 Centerpointe Dr La Palma, CA 90623<br>Phone: (714) 522-8020  Fax: (714) 522-7833 | Service Date: 07/25/2017<br>Case Date:  11/28/2016 |

## Physician Work Activity Status Report

Patient: Woodrum, Dawn M.   SSN: XXX-XX-5929
Address: 7426 Blackhawk
         BUENA PARK, CA 90620
Home: (714) 266-8942
Work:           Ext.:

Employer Location: ADP/Tax & Financial Svcs-La   Contact: Tonda Kominski
Address: 5355 Orangethorpe Ave          Role: Primary Contact
         La Palma, CA 906231002         Phone: (919) 325-1142  Ext.:
Auth. by: Manager                       Fax:

**This Visit:**  Time In: 03:55 pm    Time Out: 04:57 pm    Visit Type: Recheck
Treating Provider:  Perry R. Secor, MD

Diagnosis:
354.0   G56.02   CARPAL TUNNEL SYNDROME, LEFT UPPER LIMB-G56.02

Medications:
☐ Dispensed Prescription Medication to Patient
☐ Dispensed Over-The-Counter Prescription
☐ Written Prescription given to Patient

**Patient Status:**

Modified Activity - Returning for follow-up visit

Restricted Activity (In effect until next physician visit):
Return to work on 07/25/2017 with the following restrictions
Patient is able to work their entire shift

Remarks:  5MIN BREAK FOR EVERY HOUR OF WORK.

**Employer Notice:**  The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

**Next Visit(s):**  Patient Notice:  It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:  Tuesday August 29, 2017  3:45 pm
Provider/Facility: Perry R. Secor, MD

Activity Status Report    © 1996 -2017 Concentra Operating Corporation All Rights Reserved.    AA/EEO Employer    Revision Date: 12/15/2011